■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO SILVERIO, Appellant. [714 NYS2d 16] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J., and Harold Beeler, J., on speedy trial motions; Edward McLaughlin, J., at jury trial and sentence), rendered September 8, 1995, convicting defendant of criminal possession of a controlled substance in the first degree, and sentencing him to a term of 15 years to life, unanimously affirmed.

Defendant's speedy trial motions were properly denied. The period from October 13, 1994 to November 17, 1994 was excludable. A fair reading of the record establishes that the attorney representing defendant for purposes of the October 13 calendar call agreed that the instant case be kept together with defendant's additional indictment, so that the adjournment of the additional case for motion practice rendered the adjournment of the instant case excludable, even though the motions applied only to the additional case. In view of this determination, and since the motion courts found that the total amount of time chargeable to the People was only 168 days out of the 182 days in which they were required to be ready, it is unnecessary to consider a nine-day adjournment that is also at issue. Concur—Sullivan, P. J., Rosenberger, Lerner, Andrias and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO WHITE, Appellant. [716 NYS2d 279] —Judgment, Supreme Court, New York County (John Bradley, J.), rendered March 4, 1999, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, P. J., Rosenberger, Lerner, Andrias and Friedman, JJ.